**GREAT LAKES TOWING COMPANY, Respondent-Appellant,**

v.

**CLEVELAND–CLIFFS IRON COMPANY, Libellant-Appellee.**

No. 12414.

United States Court of Appeals
Sixth Circuit.

Feb. 17, 1956.

Arter, Hadden, Wykoff & Van Duzer, Cleveland, Ohio, for appellant.

McCreary, Hinslea & Ray, Cleveland, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the arguments of counsel in open court, and after consideration of the pleadings of the parties and the testimony of witnesses, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment be affirmed on the findings of fact and conclusions of law of the district court.

**Raymond F. KOEPKE and Helen L. Koepke, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12495.

United States Court of Appeals
Sixth Circuit.

Feb. 17, 1956.

Meyer A. Cook, Cleveland, Ohio, for petitioners.

H. Brian Holland, Ellis N. Slack, Gilbert P. Zarky, John J. Kelley, Jr., John Potts Barnes and John M. Morawski, Washington, D. C., for respondent.

Before McALLISTER, MILLER, and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that the issues before the Tax Court were factual, and although this court would have arrived at a different conclusion had it been the trier of fact, we are unable to say that the findings are clearly erroneous, and the decision of the Tax Court is, therefore, affirmed in accordance with its opinion.

**Gilbert DORTCH, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 12567.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1956.

H. Randolph Kramer, Owensboro, Ky., for appellant.

J. Leonard Walker, Louisville, Ky., for appellee.

PER CURIAM.

The appellant not having responded to this court's order to show cause entered January 11, 1956,

It is ordered that the appeal in this cause be and it hereby is dismissed for want of prosecution.